**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela Gianato                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-15814 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
01 Nov 2021, 14:31:04, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322