| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15814-PMM

ANGELA GIANATO
104 Topland Drive
Lancaster  PA    17601-1796

Petition Filed Date: 09/17/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2021 | $207.59 | | 04/29/2021 | $207.59 | | 05/17/2021 | $207.59 | |
| 06/01/2021 | $207.59 | | 06/15/2021 | $207.59 | | 06/29/2021 | $207.59 | |
| 07/15/2021 | $207.59 | | 07/29/2021 | $207.59 | | 08/16/2021 | $207.59 | |
| 08/30/2021 | $207.59 | | 09/15/2021 | $207.59 | | 09/29/2021 | $207.59 | |
| 10/18/2021 | $207.59 | | 10/29/2021 | $207.59 | | 11/16/2021 | $207.59 | |
| 11/30/2021 | $207.59 | | 12/15/2021 | $207.59 | | 12/29/2021 | $207.59 | |
| 01/18/2022 | $207.59 | | 01/31/2022 | $207.59 | | 02/15/2022 | $207.59 | |
| 03/01/2022 | $207.59 | | 03/15/2022 | $207.59 | | 03/29/2022 | $207.59 | |
| 04/18/2022 | $207.59 | | 04/29/2022 | $207.59 | | 05/16/2022 | $207.59 | |
| 05/31/2022 | $207.59 | | 06/15/2022 | $207.59 | | 06/29/2022 | $207.59 | |
| 07/15/2022 | $207.59 | | 07/29/2022 | $207.59 | | | | |

**Total Receipts for the Period: $6,642.88    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,114.77**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DENNIS LEE PLANK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA »» 001 | Unsecured Creditors | $24,645.32 | $2,456.26 | $22,189.06 |
| 2 | BANK OF AMERICA NA »» 002 | Unsecured Creditors | $5,932.53 | $591.24 | $5,341.29 |
| 3 | LANCASTER GENERAL HOSPITAL »» 003 | Unsecured Creditors | $1,995.22 | $198.91 | $1,796.31 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $15,700.28 | $1,564.72 | $14,135.56 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $9,714.42 | $968.18 | $8,746.24 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,566.38 | $149.67 | $1,416.71 |
| 7 | FREEDOM MORTGAGE CORPORATION »» 007 | Mortgage Arrears | $3,414.68 | $3,414.68 | $0.00 |
| 8 | BANK OF AMERICA »» 008 | Unsecured Creditors | $33,761.42 | $3,364.81 | $30,396.61 |

**Chapter 13 Case No. 19-15814-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,114.77 | Current Monthly Payment: | $415.09 |
| Paid to Claims: | $12,708.47 | Arrearages: | ($1.89) |
| Paid to Trustee: | $1,208.90 | Total Plan Base: | $24,905.22 |
| Funds on Hand: | $197.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.