| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15814-PMM**

ANGELA GIANATO
104 Topland Drive
Lancaster  PA    17601-1796

Petition Filed Date: 09/17/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $207.59 | | 08/29/2022 | $207.59 | | 09/15/2022 | $207.59 | |
| 09/29/2022 | $207.59 | | 10/18/2022 | $207.59 | | 10/31/2022 | $207.59 | |
| 11/16/2022 | $207.59 | | 11/30/2022 | $207.59 | | 12/15/2022 | $207.59 | |
| 12/30/2022 | $207.59 | | 01/17/2023 | $207.59 | | 01/30/2023 | $207.59 | |
| 02/15/2023 | $207.59 | | 03/01/2023 | $207.59 | | 03/15/2023 | $207.59 | |
| 03/29/2023 | $207.59 | | 04/17/2023 | $207.59 | | 05/01/2023 | $207.59 | |
| 05/15/2023 | $207.59 | | 05/30/2023 | $207.59 | | 06/15/2023 | $207.59 | |
| 06/29/2023 | $207.59 | | 07/17/2023 | $207.59 | | 07/31/2023 | $207.59 | |

**Total Receipts for the Period: $4,982.16   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,096.93**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DENNIS LEE PLANK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $24,645.32 | $3,662.98 | $20,982.34 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $5,932.53 | $881.69 | $5,050.84 |
| 3 | LANCASTER GENERAL HOSPITAL<br>»» 003 | Unsecured Creditors | $1,995.22 | $296.63 | $1,698.59 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $15,700.28 | $2,333.47 | $13,366.81 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $9,714.42 | $1,443.80 | $8,270.62 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,566.38 | $226.42 | $1,339.96 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»» 007 | Mortgage Arrears | $3,414.68 | $3,414.68 | $0.00 |
| 8 | BANK OF AMERICA<br>»» 008 | Unsecured Creditors | $33,761.42 | $5,017.90 | $28,743.52 |

**Chapter 13 Case No. 19-15814-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,096.93 | Current Monthly Payment: | $415.09 |
| Paid to Claims: | $17,277.57 | Arrearages: | ($2.97) |
| Paid to Trustee: | $1,624.10 | Total Plan Base: | $24,905.22 |
| Funds on Hand: | $195.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.