# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Gianato<br>        Debtor(s)<br><br>Freedom Mortgage Corporation<br>        Movant<br>   vs.<br><br>Angela Gianato<br>        Debtor(s)<br><br>Scott F. Waterman<br>        Trustee | CHAPTER 13<br><br><br><br>NO. 19-15814 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Freedom Mortgage Corporation, which was filed with the Court on or about December 4, 2023, Document No. 37.

Dated: January 24, 2024

                                                                Respectfully submitted,

                                                                /s/Denise Carlon, Esquire
                                                                Denise Carlon, Esq.
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA  19106
                                                               Phone: (215)-627-1322
                                                               dcarlon@kmllawgroup.com