| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15814-PMM**

| | |
|---|---|
| ANGELA GIANATO | Petition Filed Date: 09/17/2019 |
| 104 Topland Drive | 341 Hearing Date: 11/05/2019 |
| Lancaster  PA    17601-1796 | Confirmation Date: 03/12/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $207.59 | | 08/29/2023 | $207.59 | | 09/19/2023 | $207.59 | |
| 09/29/2023 | $207.59 | | 10/18/2023 | $207.59 | | 10/30/2023 | $207.59 | |
| 11/15/2023 | $207.59 | | 12/05/2023 | $207.00 | | 01/05/2024 | $207.00 | |
| 02/05/2024 | $207.00 | | 03/06/2024 | $207.00 | | 04/04/2024 | $207.00 | |
| 05/06/2024 | $207.00 | | 06/04/2024 | $207.00 | | 07/03/2024 | $1,660.89 | |

**Total Receipts for the Period:  $4,563.02   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,075.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | DENNIS LEE PLANK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $24,645.32 | $4,898.36 | $19,746.96 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $5,932.53 | $1,179.04 | $4,753.49 |
| 3 | LANCASTER GENERAL HOSPITAL<br>»» 003 | Unsecured Creditors | $1,995.22 | $388.63 | $1,606.59 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $15,700.28 | $3,120.47 | $12,579.81 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $9,714.42 | $1,930.74 | $7,783.68 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,566.38 | $305.02 | $1,261.36 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»» 007 | Mortgage Arrears | $3,414.68 | $3,414.68 | $0.00 |
| 8 | BANK OF AMERICA<br>»» 008 | Unsecured Creditors | $33,761.42 | $6,710.24 | $27,051.18 |

**Chapter 13 Case No. 19-15814-PMM**

| | | | |
|---|---|---|---|
| **SUMMARY** | | | |

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,075.04 | Current Monthly Payment: | $415.09 |
| Paid to Claims: | $21,947.18 | Arrearages: | $415.09 |
| Paid to Trustee: | $2,113.60 | Total Plan Base: | $24,905.22 |
| Funds on Hand: | $14.26 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.