United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15814-pmm |
| Angela Gianato | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Gianato, 104 Topland Drive, Lancaster, PA 17601-1796 |
| 14390344 | + | Brock & Scott, PO Box 9115, Temecula, California 92589-9115 |
| 14390347 | | Department of Education, PO Box 4830, Portland, Oregon 97208-4830 |
| 14399179 | | Freedom Mortgage Corporation, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14647522 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14390349 | + | Neffsville Plumbing and Heating, 1208 Harrisburg Pike, Suite 101, Lancaster, Pennsylvania 17603-2516 |
| 14390350 | + | Neurology and Stroke Associates, PC, 640 E. Oregon Road, Lititz, PA 17543-9202 |
| 14390351 | + | Penn Medicine/LGH, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14390352 | | Pulmonary Associates of Lancaster, LTD, 540 N. Duke Street, Suite 244, Lancaster, PA 17602-2374 |
| 14390353 | + | SFMC, PO Box 66571, Phoenix, Arizona 85082-6571 |
| 14390354 | | Straford Place - Kingstowne, c/o Legum & Norman, PO Box 185771, Atlanta, Georgia 30348 |
| 14390355 | | Wellspan Philhaven, 283 S. Butler Road, Mt. Gretna, PA 17064 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 24 2024 23:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2024 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14390342 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2024 23:40:00 | Bank of America, PO Box 15019, Wilmington, Delaware 19886-5019 |
| 14390343 | + | Email/Text: bankruptcy@bbandt.com | Oct 24 2024 23:40:00 | BB & T, PO Box 3307, Greenville, SC 29602-3307 |
| 14427343 | + | Email/Text: MLGBK@ecf.courtdrive.com | Oct 24 2024 23:40:00 | Bank of America, c/o MARINOSCI LAW GROUP, P.C., Attn: Bankruptcy Department, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 14403325 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2024 23:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14429104 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2024 23:40:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14390345 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2024 00:05:06 | Care Credit/ Synchrony Bank, PO Box 960061, Orlando, Florida 32896-0061 |
| 14390346 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2024 00:04:45 | Citi Cards, PO Box 70166, Philadelphia, Pennsylvania 19176-0166 |

Case 19-15814-pmm   Doc 57   Filed 10/26/24   Entered 10/27/24 00:33:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14427071 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2024 23:40:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14390348 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2024 23:40:00 | Freedom Mortgage, PO Box 50485, Indianapolis, Indiana 46250-0485 |
| 14918744 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2024 23:40:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14647437 | ^ | MEBN | Oct 24 2024 23:37:28 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14417469 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2024 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14409032 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2024 00:04:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14404663 | ^ | MEBN | Oct 24 2024 23:37:34 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14391540 | ^ | MEBN | Oct 24 2024 23:37:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14391123 | ^ | MEBN | Oct 24 2024 23:37:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14390358 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, Delaware 19886-5019 |
| 14390341 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15025, Wilmington, Delaware 19886-5025 |
| 14390357 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15025, Wilmington, Delaware 19886-5025 |
| 14390359 | *+ | BB & T, PO Box 3307, Greenville, SC 29602-3307 |
| 14390360 | *+ | Brock & Scott, PO Box 9115, Temecula, California 92589-9115 |
| 14390361 | * | Care Credit/ Synchrony Bank, PO Box 960061, Orlando, Florida 32896-0061 |
| 14390362 | * | Citi Cards, PO Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 14390363 | * | Department of Education, PO Box 4830, Portland, Oregon 97208-4830 |
| 14390364 | * | Freedom Mortgage, PO Box 50485, Indianapolis, Indiana 46250-0485 |
| 14390365 | *+ | Neffsville Plumbing and Heating, 1208 Harrisburg Pike, Suite 101, Lancaster, Pennsylvania 17603-2516 |
| 14390366 | *+ | Neurology and Stroke Associates, PC, 640 E. Oregon Road, Lititz, PA 17543-9202 |
| 14390367 | *+ | Penn Medicine/LGH, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14390368 | * | Pulmonary Associates of Lancaster, LTD, 540 N. Duke Street, Suite 244, Lancaster, PA 17602-2374 |
| 14390369 | *+ | SFMC, PO Box 66571, Phoenix, Arizona 85082-6571 |
| 14390370 | * | Straford Place - Kingstowne, c/o Legum & Norman, PO Box 185771, Atlanta, Georgia 30348 |
| 14390371 | * | Wellspan Philhaven, 283 S. Butler Road, Mt. Gretna, PA 17064 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 30

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

DENNIS LEE PLANK
on behalf of Debtor Angela Gianato gplaw@goingandplank.com

JEROME B. BLANK
on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 56 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Angela Gianato )    Case No. 19−15814−pmm
)
)
Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 24, 2024            For The Court

                                     Timothy B. McGrath
                                     Clerk of Court