**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| ANGELA GIANATO | : | Bk. No. 19-15814 PMM |
| Debtor | : | |
| | : | Chapter No. 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| Movant | : | |
| v. | : | |
| ANGELA GIANATO | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT**

    I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on September 17, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
DENNIS LEE PLANK, ESQUIRE
GOING & PLANK
140 EAST KING STREET
LANCASTER, PA 17602

Service by First Class Mail
ANGELA GIANATO
104 TOPLAND DRIVE
LANCASTER, PA 17601-1796

SCOTT F. WATERMAN, (TRUSTEE)
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

September 17, 2020

                                   /s/ Thomas Song, Esquire
                                   Thomas Song, Esq., Id. No.89834
                                   Phelan Hallinan Diamond & Jones, LLP
                                   1617 JFK Boulevard, Suite 1400
                                   One Penn Center Plaza
                                   Philadelphia, PA 19103
                                   Phone Number: 215-563-7000 Ext 31387
                                   Fax Number: 215-568-7616
                                   Email: Thomas.Song@phelanhallinan.com